UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL MOIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. CIOLLI, et al.,<br><br>　　　　Defendants. | 1:20-cv-00885-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 4, 8, 16) |

　　　　Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

　　　　On December 17, 2020, the magistrate judge filed findings and recommendations that were served on Plaintiff and that contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Doc. No. 16. Plaintiff has not filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 17, 2020 (Doc. No. 16), are ADOPTED in full; and

2. Plaintiff's motions for injunctive relief (Docs. 4, 8) are DENIED as moot.

IT IS SO ORDERED.

Dated:   February 8, 2021

SENIOR DISTRICT JUDGE